

**CERTILMAN BALIN**
ATTORNEYS

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

DOUGLAS E. ROWE
PARTNER
DIRECT DIAL 516.296.7102
drowe@certilmanbalin.com

August 8, 2025

**VIA ECF**

Honorable Katherine P. Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



RE: Mera v. The Green Roll NYC Inc et al.
Case No. 25-CV-05017

Dear Honorable Failla:

This firm represents Defendants The Green Roll NYC Inc d/b/a Willow, Beyond Sushi Inc. d/b/a ANIXI, BS 37 LLC d/b/a Beyond Sushi, Beyond Sushi NYC Inc. d/b/a Beyond Sushi, BS Pine LLC d/b/a Coletta, BS Mulberry LLC d/b/a Sentir, and CR Union LLC d/b/a Le Basque and Guy Vaknin (hereinafter collectively referred to as "Defendants") in connection with the above referenced matter.

We write with the consent of Plaintiff's counsel to respectfully request an adjournment for the conference scheduled for August 14, 2025. On that day, I will be actually engaged in a mediation in a federal case.

Thank you for your courtesies.

Respectfully submitted,

*Douglas E. Rowe*
Douglas E. Rowe

DER:ga
cc: All Counsel of Record via ECF

CERTILMAN BALIN ADLER & HYMAN, LLP
SUFFOLK OFFICE: HAUPPAUGE, NY 11788

8628983.1

Application GRANTED.  The Court hereby ADJOURNS the initial pretrial conference previously scheduled for August 14, 2025, to **August 21, 2025, at 2:15 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 22.

Dated:    August 8, 2025          SO ORDERED.
          New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE