# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR NEW
YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      212-465-1188
                      cklee@leelitigation.com

October 2, 2025

**Via NYSCEF**
Honorable Katherine P. Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   *Mera v. The Green Roll NYC Inc et al.*
      Case No. 1:25-cv-05017

Dear Judge Failla:

    We are counsel to Plaintiff in the above-captioned matter and write jointly with Defendants, pursuant to Your Honor's Order dated August 21, 2025, to provide a status update on private mediation and to respectfully request a stay of current deadlines. The parties have scheduled a private mediation with Martin Scheinman, Esq. for January 5, 2026.

    Although the parties sought an earlier date, January 5 was the first mutually available date given the mediator's and counsel's schedules. Pursuant to the Case Management Plan and Scheduling Order, fact discovery is currently set to close on December 12, 2025.

    The parties believe that a stay pending mediation will conserve judicial resources, reduce litigation costs, and better facilitate potential resolution. Accordingly, the parties jointly request that the Court stay the current proceedings through the completion of the January 5 mediation. This is the parties' first request for a stay.

    This is the parties' first time requesting a stay.

    We thank the Court for its consideration.

Respectfully submitted,

/s/ C.K. Lee
C.K. Lee, Esq.

cc:   all parties via ECF

Application GRANTED.  This action is hereby STAYED pending further order of the Court.  The parties are ORDERED to file a joint letter regarding the mediation on or before **January 12, 2026**.

The Clerk of Court is directed to terminate the pending motion at docket entry 25.

```
Dated:     October 3, 2025           SO ORDERED.
           New York, New York
```

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE