UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANILO MERA, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

                Plaintiff,

v.

THE GREEN ROLL NYC INC d/b/a WILLOW, BEYOND SUSHI INC d/b/a ANIXI, BS 37 LLC d/b/a BEYOND SUSHI, BEYOND SUSHI NYC INC d/b/a BEYOND SUSHI, BS PINE LLC d/b/a COLETTA, BS MULBERRY LLC d/b/a/ SENTIR, CR UNION LLC d/b/a LE BASQUE, GUY VAKNIN, and JOHN DOE ENTITIES 1-5,

                Defendants.

25 Civ. 5017 (KPF)

**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants THE GREEN ROLL NYC INC d/b/a WILLOW, BEYOND SUSHI INC d/b/a ANIXI, BS 37 LLC d/b/a BEYOND SUSHI, BEYOND SUSHI NYC INC d/b/a BEYOND SUSHI, BS PINE LLC d/b/a COLETTA, BS MULBERRY LLC d/b/a/ SENTIR, CR UNION LLC d/b/a LE BASQUE, and GUY VAKNIN (collectively "Defendants"), having offered to allow Plaintiff DANILO MERA ("Plaintiff") to take a judgment against them, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00) ("Judgment Amount"), inclusive of attorneys' fees and costs, to resolve all of Plaintiff's individual FLSA claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated February 13, 2026 and filed as Exhibit A to Docket Number 29;

**WHEREAS**, on February 13, 2026, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 29);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Danilo Mera, in the sum of $25,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated February 13, 2026 and filed as Exhibit A to Docket Number 29. The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

**SO ORDERED:**

Dated: __February 17__, 2026
      New York, New York

_____
                            U.S.D.J.

*Katherine Polk Failla* (signature)